UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERESA LEMOON, | |
|---|---|
| Plaintiff, | Case No. 20-cv-02552-PJH |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al., | Re: Dkt. No. 49 |
| Defendants. | |

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of all discovery disputes.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: November 9, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record