bar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LEMOON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02552-PJH<br><br>**ORDER PERMITTING THE COUNTY DEFENDANTS AND MEDICAL DEFENDANTS TO FILE SEPARATE MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 102 |

The court is in receipt of defendants Solano County's and Thomas A. Ferrara's (collectively, the "County defendants") administrative motion requesting leave to file a separate motion for summary judgment from the remaining defendants (collectively, the "medical defendants"). Dkt. 102. The medical defendants stipulate to this request. Dkt. 102-2. Plaintiff does not oppose this request. Dkt. 103.

Good cause appearing, the court hereby **GRANTS** the County defendant's request and will permit both sets of defendants to file their own motion for summary judgment. That said, the court will limit the briefing filed in connection with both motions as follows:

- Any opening brief may not exceed 20 pages.
- Any opposition may not exceed 20 pages.
- Any reply may not exceed 10 pages.

The parties may use footnotes only sparingly. They must also comply with all applicable font and formatting requirements. In the event any party attempts to end-run the above page limits, the court may strike any excess argument from the record.

Lastly, it appears the county defendants misunderstand the court's pretrial order.

Because that order requires that all dispositive motions be heard at least 120 days before trial, the parties must notice any motion for summary judgment for hearing no later than **Thursday, October 7, 2021**.  Dkt. 35.  Contrary to the county defendants' construction of that order, the court will not hear any such motion on Sunday, October 10, 2021.  Lastly, the court understands that its pretrial order details the dispositive motion hearing deadline as October 6, 2021.  The court no longer hears motions on Wednesdays.

**IT IS SO ORDERED.**

Dated: August 9, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge