# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** October 7, 2021 (Time: 1 hour)    **JUDGE:** Phyllis J. Hamilton

**Case No:** 20-cv-02552-PJH
**Case Name:** LeMoon v. California Forensic Medical Group, Inc., et al.

**Attorney(s) for Plaintiff:**    Jeff Price
**Attorney(s) for Defendant:**    Jerome Varanni for CFMG and Individual Defendants
Temitayo Peters; Gregory Thomas for Sheriff and County Defendants

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Pamela Batalo Hebel

### PROCEEDINGS

Defendants County of Solano and Thomas Ferrara's Motion for Summary Judgment- Held. The Court takes the matter under submission.

Defendants CFMG, Wellpath and Individual Defendants' Motion for Summary Judgment-DENIED as stated on the record.

Claims #6 and #8 are no longer asserted against the county defendants.

Case is referred back to Magistrate Judge Beeler for settlement conference to be held as soon as Magistrate Judge Beeler is available to hold the settlement conference.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

cc: chambers