Paul A. Cardinale, State Bar No. 215812
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com

Attorneys for Defendants, RAYMOND HERR, M.D., DINESH NAGAR, M.D. and DON PURCELL, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LEMOON, Individually and as a Successor in Interest of her son, Decedent JEREMIAH CONAWAY,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH, LLC, KIP HALLMAN, RAYMOND HERR, M.D., DINESH NAGAR, M.D., DON PURCELL, M.D., COUNTY OF SOLANO, THOMAS A. FERRARA, Sheriff-Coroner, County of Solano, JOHN MAIKE, MARNI BALLESTEROS, MICHELLE BOWIE, TASHI CHOERA, WILLIAM CONAWAY, a nominal defendant,<br><br>Defendants. | CASE NO. 4:20-CV-02552-PJH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT MATTERS** |

On January 30, 2023, the parties and their counsel of record, with the assistance of Magistrate Judge Laurel Beeler, settled all claims in this case in their entirety. On that same date, all counsel of record put the settlement terms on the record with Judge Beeler and a minute entry for the proceedings was issued on January 30, 2023. [Doc. 172.] The Defendants are to be dismissed with prejudice; however, there remain actions outstanding prior to the completion of dismissal.

Prior to Dismissal, a comprehensive Release and Settlement Agreement must be signed. The Release and Settlement Agreement will set forth the terms of settlement in more detail. The Stipulation

and Order for Dismissal will be signed with the exchange of the respective Release and Settlement Agreements.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that Plaintiff TERESA LEMOON ("Plaintiff") and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH, LLC, DINESH NAGAR, M.D., DON PURCELL, M.D., COUNTY OF SOLANO, JOHN MAIKE, MARNI BALLESTEROS and RAYMOND HERR, M.D. (collectively "Defendants") that, unless this Court orders otherwise, or a party moves to set aside this Order along with a proposed schedule for the remaining case deadlines, **the following will be stayed indefinitely**:

1. All upcoming dates and associated deadlines, which are currently set as:

| Pre-Trial Conference | March 2, 2023 |
|---|---|
| Jury Trial | March 27, 2023 |

2. All remaining discovery and pretrial deadlines will be stayed.

IT IS SO STIPULATED.

Dated: February 23, 2023                **JDP, PC**

By: ___/s/ Jeff Dominic Price___
       JEFF DOMINIC PRICE, ESQ.
       Attorney for Plaintiff *TERESA LEMOON*

Dated: February 23, 2023                **MEDICAL DEFENSE LAW GROUP**

By: ___/s/ Paul A. Cardinale___
       PAUL A. CARDINALE, ESQ.
       Attorney for Defendants, *RAYMOND HERR, M.D., DINESH NAGAR, M.D. DON PURCELL, M.D.* and THE COUNTY OF SOLANO

///

///

///

Dated: February 23, 2023

**LAW OFFICE OF JEROME M. VARANINI**

By: /s/ Jerome M. Varanini
JEROME M. VARANINI, ESQ.
Attorney for Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC. ["CFMG"] WELLPATH, LLC., JOHN MAIKE, MICHELLE BOWIE, MARNI BALLESTEROS, DR. RAYMOND HERR, DR. DONALD PURCELL. and DR. DINESH NAGAR

**IT IS SO ORDERED.**

_____
JUDGE PHYLLIS J. HAMILTON

DATED this ___ day of _____, 2023