Jeff Dominic Price. JDP PC | SBN 165534
730 Arizona Avenue
Santa Monica, California 90401
jeff.price@icloud.com
T. 310.451.2222

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LEMOON, Individually and as Successor in Interest of Decedent JEREMIAH CONAWAY,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>Defendants. | No. 4:20-cv-02552-PJH<br><br>STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER. Fed. R. Civ. P. 41.<br><br>Date Filed:   04/13/2020<br>Trial:            03/27/2023 |

To:   THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, in the interests of justice,

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND ALL DEFENDANTS, by and through their respective attorneys of record, that this action be dismissed with prejudice, each side to bear their own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 - STIPULATION TO DISMISS ENTIRE ACTION

IT IS SO STIPULATED:

DATED: July __28__, 2023                Respectfully submitted,

Jeff Dominic Price  JDP PC

By _____
   Jeff Dominic Price
   Attorney for Plaintiff

DATED: July __28__, 2023                JEROME VARANINI
                                        The Law Offices of Jerome Varanini

   ____/s/_____Jerome Varanini_____ *
   By: JEROME VARANINI
   Attorneys for Medical Defendants

DATED: July __28__, 2023                MEDICAL DEFENSE LAW GROUP

   ____/s/_____Paul Cardinale_____ †
   By: PAUL CARDINALE
   Attorneys for all Defendants

# ORDER

GOOD CAUSE appearing,

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, all parties to bear their own costs.

DATED: _____ 2023

_____
**HON. PHYLLIS J. HAMILTON**
UNITED STATES DISTRICT JUDGE

_____

\* I, Jeff Price, attest that I have authority from Paul Cardinale, through email today, to affix the signature of Jerome Varanini to this document for filing. /s/ Jeff Dominic Price.

† I, Jeff Price, attest that I have authority from Paul Cardinale, through email today, to affix his signature to this document for filing. /s/ Jeff Dominic Price.